FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUL -6 AM 10: 57
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : | MULTIDISTRICT LITIGATION CIVIL ACTION NO. MDL 875 |

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENCHEN A. RUSSELL, Plaintiff, vs. OWENS CORNING FIBERGLAS CORP ET AL., Defendants. | : : : : : : : : : : : | CIVIL ACTION FILE NO. 1:91-CV-00027 |

## ORDER TO TRANSFER TO MDL 875
## BANKRUPTCY ONLY DOCKET

Plaintiff having filed the Report to the Court pursuant to Administrative Order Number 12, the Court is duly advised,

IT IS ORDERED that Plaintiff's claims against remaining Defendants who are currently in bankruptcy are transferred to the Court's inactive docket.

Dated this 22 day of June, 2009.

_____ J.
Judge Eduardo C. Robreno
US District Court
Eastern District of Pennsylvania